FRANCIS J. BORNHORST, Plaintiff, v. MARIE J. LYON, as Trustee under the Will of JAMES B. LYON, JR., Deceased, Defendant and Third-Party Plaintiff-Respondent. GEORGE F. P. SCOVILL, Doing Business under the Name of LITHRITE PRINTING COMPANY, Third-Party Defendant-Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.